**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**SABAL TRAIL TRANSMISSION, LLC,**

    **Plaintiff,**

v.                                                                                   Case No: 5:16-cv-173-Oc-32PRL

**7.916 ACRES OF LAND IN LAKE
COUNTY FLORIDA, CARL JOHNS,
UNKNOWN OWNERS and KAREN M.
HILL**

    **Defendants.**

## ORDER

This matter is before the Court on the parties' joint motion to extend the deadlines for the completion of discovery and filing of dispositive and *Daubert* motions. (Doc. 53). The parties represent that the requested relief will best position them to attempt to resolve this matter while allowing them adequate time to complete discovery, file dispositive motions, and prepare for trial. The requested extensions will not impact any other case deadlines, including the trial date.

Upon due consideration, the parties' motion (Doc. 53) is **GRANTED**. The discovery deadline is extended until **June 11, 2018** and the dispositive and *Daubert* motion deadline is extended until **July 23, 2018.** All other deadlines established in the Court's Case Management and Scheduling Order (Doc. 27) remain unchanged.

**DONE** and **ORDERED** in Ocala, Florida on May 11, 2018.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties