UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                     Case No: 5:16-cv-173-Oc-32PRL

7.916 ACRES OF LAND IN LAKE
COUNTY FLORIDA, UNKNOWN
OWNERS, KAREN M. HILL,
CHARLES JOHNS and EARL JOHNS

    Defendants.

## ORDER

In this agreed motion, Plaintiff seeks an extension of the mediation deadline because despite diligent efforts the parties have been unable to schedule the mediation before the December 3, 2018 deadline. Upon due consideration, Plaintiff's motion (Doc. 69) is **GRANTED**. The mediation deadline is extended until **March 11, 2019**. All other deadlines set forth in the Second Case Management and Scheduling Order (Doc 68) remain in full force and effect.

**DONE** and **ORDERED** in Ocala, Florida on December 3, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties